# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

LARRY D. BELLEW                                                               PETITIONER

vs.                          NO. 05-4065

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT

## **O R D E R**

After a review of the pleadings and the record herein, the Court on its own motion pursuant to Rule 7(b) *Rules Governing § 2254 Cases in the United States District Court,* enters the following order this 26th day of January 2006:

The petitioner, Larry D. Bellew, is ordered to complete the attached "Second Questionnaire/Addendum to Petition" and return the same to the Court within twenty (20) days from this date.

The petitioner is warned that his failure to comply with this order and complete and return the attached "Second Questionnaire/Addendum to Petition" to the Court within twenty (20) days shall constitute grounds for dismissal of the complaint, with prejudice.

DATED this 26th day of January 2006.

                                                   /s/ *Bobby E. Shepherd*
                                                   HON. BOBBY E. SHEPHERD
                                                   UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY D. BELLEW                     PETITIONER

v.         Civil No. 05-4065

LARRY NORRIS, Director,
Arkansas Department of Correction              RESPONDENT

**SECOND QUESTIONNAIRE/ADDENDUM TO PETITION**

TO: Larry D. Bellew

  Your petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody appears to be subject to dismissal for the reasons set forth below.

  This form is sent to you so that you may remedy the defects noted below. Accordingly, it is required that you fill out this form and send it back to this court within twenty (20) days from the date of the order which accompanies this questionnaire/ addendum. **Failure to do so will result in the automatic dismissal of your motion.**

  When you have fully completed this form, return it to the court. The response must be legibly handwritten or typewritten, and signed by you under penalty of perjury. All questions must be answered completely in the proper space provided on this form.

  1. In your addendum to petition, you allege that your attorney provided ineffective assistance by failing to seek the suppression of the following evidence:

  a. the hearsay testimony of any conversations the night of the killings;

  b. the 911 calls;

  c. the fingerprints from the gun;

-1-

d. the pistol found "out by the boy."

Please state all reasons why you failed to *specifically* identify, in your *Rule 37* application for post-conviction relief filed in the Circuit Court of Miller County, Arkansas, these items of evidence as evidence that your attorney should have moved to suppress.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2. You also allege that your attorney provided ineffective assistance by failing to offer "mitigating evidence of physical evidence." Please state all reasons why you failed to include this allegation in your *Rule 37* application for post-conviction relief filed in the Circuit Court of Miller County, Arkansas.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

3. Please identify and describe all "mitigating evidence of physical evidence" to which you refer.

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

  4. You also allege that "98% of the courtroom" at your trial was related. Please identify and describe in detail all evidence, information and other proof upon which this statement is based.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

  5. You allege that your attorney provided ineffective assistance in failing to seek a change of venue.

-4-

Please list and describe all information and evidence of which you are aware which you believe would have justified a change of venue.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6. You allege that your attorney provided ineffective assistance in failing to "strike" three jurors: Brian Jones, Thala Bolig and Bonnie Bennett.

Please list and describe all information and evidence of which you are aware which supports your claim that each of these jurors were biased against you.

Brian Jones:_____

_____

_____

AO72A
(Rev. 8/82)

Thala Bolig:

AO72A
(Rev. 8/82)

_____

_____

_____

Bonnie Bennett:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY

THE VERIFICATION MADE BY ME ON MY INITIAL PETITION.

_____
 Larry D. Bellew

Date:_____