IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


LARRY D. BELLEW                                                    PLAINTIFF

            v.                          Civil No. 05-CV-4065

LARRY NORRIS, Director, Arkansas
Department of Correction                                           DEFENDANT

**O R D E R**

    Now on this 2nd day of August 2006, comes on for consideration the petitioner's request

for a certificate of appealability filed on July 31, 2006, in the above styled case.

    The court finds, for the reasons set for in the Statement of Reasons for Denial of

Certificate of Appealability filed concurrently herewith, that the said motion should be and

hereby is denied

    IT IS SO ORDERED.


**/s/ Harry F. Barnes**
_____
HON. HARRY F. BARNES
UNITED STATES DISTRICT JUDGE